# EXHIBIT A



# EMPLOYEE CONFIDENTIALITY
# AND NON-SOLICITATION AGREEMENT

This Agreement ("Agreement") is executed as of this _____day of __06/27/2017_____, _____, by and between Strictly FX and _____Kim Austgen_____ ("Employee").

## **RECITALS:**

A. Strictly FX desires to employ/continue to employ Employee;

B. Employee desires to enter into this Agreement and perform/continue to perform as an employee for Strictly FX and is willing to do so on the terms and conditions set forth herein;

C. Strictly FX is in the business of marketing, developing, producing, providing, managing, and sourcing live special effects, and other related products, technology, services and supplies, for clients involved in the entertainment industry.

D. The identity and particular needs and/or offerings of Strictly FX's clients and suppliers are not generally known in the industry;

E. Strictly FX has a proprietary interest in its client and supplier information, including its client lists, supplier lists and marketing/pricing strategies;

F. Documents and other information regarding Strictly FX's clients and suppliers, the services provided to its clients and by its suppliers, its clients' and suppliers' service requirements, and the nature of any agreements with its clients and suppliers, are highly confidential and constitute trade secrets, and Strictly FX has taken all reasonable steps to maintain such confidentiality;

G. Strictly FX has a proprietary interest in the equipment, methods, techniques and processes by which it creates, produces and/or procures live special effects and other related products, services and supplies;

H. The equipment, methods, techniques and processes by which Strictly FX creates, produces and/or procures live special effects and other related products, services and supplies are not generally known in the industry and were developed by Strictly FX as a result of great financial expense and effort;

I. The documents and other information concerning the equipment, methods, techniques and processes by which Strictly FX creates, produces and/or procures live special effects and other related products, services and supplies are highly confidential and constitute trade secrets;

J. Strictly FX's clients and suppliers typically designate as confidential certain information that becomes available to Strictly FX and/or its employees and/or independent contractors through Strictly FX's relationship with the client or the supplier.

K. Strictly FX's clients and suppliers take measures to protect their confidential information, including but not limited to imposing contractual obligations upon Strictly FX, its employees and/or independent contractors to maintain the confidentiality of confidential information.

L. Employee will have access to the foregoing in the course of and solely as a result of his or her employment with Strictly FX.

1

## AGREEMENT:

**NOW, THEREFORE**, in consideration of the above recitals and the mutual promises and conditions contained in this Agreement, Strictly FX and Employee agree as follows:

1. **EMPLOYMENT.** Employee agrees that Employee's employment with Strictly FX is at-will and may be terminated at any time by either Employee or Strictly FX, unless otherwise set forth in writing and signed by both Strictly FX and Employee. Nothing in this Agreement shall confer upon Employee any right to commence or continue in his or her employment with Strictly FX or shall interfere with or restrain in any way the right hereby expressly reserved by Strictly FX to terminate Employee's employment at any time, for any reason, with or without cause, and with or without advance notice.

2. **NON-DISCLOSURE OF CONFIDENTIAL INFORMATION**
   a. **STRICTLY FX CONFIDENTIAL INFORMATION.** For purposes of this Agreement, "Strictly FX Confidential Information" shall include but not be limited to any information about Strictly FX, its principals, customers, and suppliers, Strictly FX's services, Strictly FX's equipment, methods, techniques and processes, and Strictly FX's products that is not available to the general public, including but not limited to anything specified in the Recitals, above, other trade secrets, proprietary information, operational and financial data, product and process specifications and related costs, prices and sales information, marketing methods, systems and procedures, and any other information, written or unwritten, stored in any form, which is used in the business of Strictly FX and which gives Strictly FX an opportunity to obtain an advantage over its competitors.
   b. **STRICTLY FX CLIENT CONFIDENTIAL INFORMATION.** For purposes of this Agreement, "Strictly FX's Client Confidential Information" shall include but not be limited to any information that Strictly FX's client or supplier, with which Employee is involved with by virtue of his or her employment by Strictly FX, designates as confidential by any means communicated to Employee in writing and any other trade secrets or proprietary information belonging to such clients or suppliers of Strictly FX.
   c. During the course of Employee's employment with Strictly FX and following the termination thereof, regardless of who initiates such termination or the manner of such termination, Employee will not divulge to any person or entity, or use for his or her own benefit, any Strictly FX Confidential Information or Strictly FX's Client Confidential Information, except (a) for use in the course of Employee's regularly authorized duties on behalf of Strictly FX or otherwise with Strictly FX's written consent or (b) in the event that any such Confidential Information is or becomes part of the public domain through any means other than as a result of Employee's breach of this Agreement. In the event Employee is subject to a subpoena, court order, or other governmental or legal process where compliance would result in a breach of this Agreement, Employee shall provide Strictly FX with written notice of such subpoena, court order, or other governmental or legal process within 48 hours of Employee first learning of such subpoena, court order, or other governmental or legal process.

3. **NON-SOLICITATION OF CLIENTS.** During Employee's employment by Strictly FX, and for a period of two (2) years after termination of any such employment, regardless of who initiates such termination or the manner of such termination, Employee will not, either for himself/herself or on behalf of any person or entity, solicit, divert, call upon, take away, or attempt to take away, any of Strictly FX's Clients for the purpose of selling or attempting to sell, directly or indirectly, any products or services the same as, or competitive with, those sold, produced or provided by Strictly FX. For purposes of this Paragraph 3 of this Agreement, "Strictly FX's Clients" shall mean those Strictly FX clients with whom Employee had any contact with, or otherwise obtained Confidential Information concerning said client, as a result of Employee's employment with Strictly FX.

2

4.  **NON-SOLICITATION OF EMPLOYEES.** During Employee's employment by Strictly FX, and for a period of two (2) years after termination of any such employment, regardless of who initiates such termination or the manner of such termination, Employee will not, either for himself/herself or on behalf of any person or entity, solicit, recruit, employ, or offer to employ, any employee of Strictly FX in or for any business the same as, or competitive with, the business of Strictly FX.

5.  **ENFORCEMENT.** Employee acknowledges that this Agreement was specifically bargained for between the parties and that the covenants made by and duties imposed upon Employee herein are fair, reasonable and minimally necessary to protect the legitimate business interests of Strictly FX, and that such covenants and duties will not place an undue burden upon Employee's livelihood in the event of the strict enforcement of the covenants contained herein. Employee acknowledges that any breach of this Agreement will cause substantial and irreparable harm to Strictly FX for which money damages alone would be an inadequate remedy.

    a.  **INJUNCTIVE RELIEF**: Employee agrees that in the event of any breach of the restrictive covenants contained herein, Strictly FX shall be entitled to obtain, from any court of competent jurisdiction, immediate injunctive and other forms of equitable relief to restrain such breach without the necessity of posting bond. Employee waives any objection to Strictly FX obtaining injunctive relief as provided in this paragraph. Injunctive relief as provided in this paragraph shall be in addition to any rights to damages and any other rights or remedies available to Strictly FX at law, by this Agreement, in equity or by statute.

    b.  **LIQUIDATED DAMAGES**: Notwithstanding the foregoing, Employee hereby acknowledges that it is extremely difficult, if not impossible, to ascertain the extent of the monetary damages that would be caused by any breach by Employee of the restrictive covenants of this Agreement and therefore agrees that any breach of the restrictive covenants of this Agreement shall be compensated by a payment of One Hundred Thousand Dollars ($100,000), without limitation of the other remedies to which Strictly FX may be entitled.

    Employee understands and agrees that he or she will be liable to pay all costs, including reasonable attorneys' fees, which Strictly FX may incur in enforcing, to any extent, the provisions of this Agreement, whether or not litigation is actually commenced and including litigation of any appeal taken or defended by Strictly FX in any action to enforce this Agreement. If Strictly FX prevails in any court action to enforce the provisions of this Agreement, Strictly FX shall be entitled to payment of its costs, including reasonable attorney fees, from Employee.

6.  No waiver by Strictly FX of any default, misrepresentation or breach hereunder, whether intentional or not, may be deemed to extend to any prior or subsequent default, misrepresentation or breach hereunder or affect in any way any rights arising because of any prior or subsequent such occurrence. Neither the failure nor any delay by Strictly FX to exercise any right or remedy under this Agreement will operate as a waiver thereof, nor will any single or partial exercise of any right or remedy preclude any other or further exercise of the same or of any other right or remedy.

7.  The provisions of this Agreement will be deemed severable and the invalidity or unenforceability of any provision will not affect the validity or enforceability of the other provisions hereof; provided that if any provision of this Agreement, as applied to any party or to any circumstance, is judicially determined not to be enforceable in accordance with its terms, the parties agree that the court judicially making such determination may modify the provision in a manner consistent with its objectives such that it is enforceable, and/or delete specific words or phrases, and in its modified form, such provision will then be enforceable and will be enforced.

8.  This Agreement constitutes the entire agreement and understanding of the parties in respect of the confidentiality and non-solicitation subject matter hereof and supersedes all prior understandings, agreements or representations by or among the parties, written or oral, to the extent they relate in any way to the subject matter hereof.

9.  This Agreement may be altered, amended or modified only in writing, signed by the parties hereto.

10. This Agreement shall not be construed strictly for or against Strictly FX or Employee. Headings included in the Agreement are for convenience only and are not intended to limit or expand the rights of the parties hereto. This Agreement shall be governed by the laws of the State of Illinois and Employee expressly consents to the jurisdiction of the State of Illinois, Circuit Court of Cook County, for any action by Strictly FX to enforce any provision of this Agreement.

## EXECUTION:

In Witness whereof, the parties have executed this Confidentiality and Non-Solicitation Agreement on
06/27/2017
_____, _____.


*Mark Grega*
_____
Strictly FX LLC

*kim austgen*
_____
Employee

4



Strictly FX - employee NDA  non-solicit agreement.docx

Document ID: 99f01d64-5b6e-11e7-ba03-bc764e106cda

**Requested:**
Jun 27, 2017, 9:40 AM CDT (Jun 27, 2017, 2:40 PM UTC)
Janice Bondinell (janice@hrexpinc.com)
IP: 50.248.115.147

**Signed:**
Jun 27, 2017, 1:31 PM CDT (Jun 27, 2017, 6:31 PM UTC)
Kim Austgen (kim@strictlyfx.com)
IP: 162.17.12.166

**Signed:**
Jun 27, 2017, 2:27 PM CDT (Jun 27, 2017, 7:27 PM UTC)
Mark Grega (mark@strictlyfx.com)
IP: 162.17.12.166