# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| STRICTLY F/X L.L.C., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **Case No.: 3:26-CV-00790** |
| | ) |
| KIMBERLY AUGUSTEN, | ) |
| JEFFREY CHIPMAN, | ) |
| DAVID KENNEDY, | ) |
| KAMICKA PAIGE MCMURTRY, and | ) |
| CAROLINE SCALERA | ) |
| | ) |
| **Defendant(s).** | ) |

## NOTICE OF APPEARANCE

Attorney, Mark T. Freeman, BPR #16098, enters a Limited Appearance without waiving any objection in regard to the jurisdiction of this Court over the Defendant, Jeffrey Chipman, and preserving all rights to file Rule 12 Motions, or otherwise, specifically including, but not limited to, objections to service of process, return of service, sufficiency of service, the jurisdiction of this Court over the Defendant, the statute of limitations, to answer or plead further, and moving to dismiss this action or for summary judgment as discovered facts may require.

**Respectfully submitted,**

**FREEMAN & FUSON**

**/s/Mark T. Freeman**
Mark T. Freeman, Esq. (#016098)
2126 21st Avenue South
Nashville, Tennessee 37212
Mark@freemanfuson.com
615-298-7272 office
615-298-7274 facsimile

1

**CERTICATE OF SERVICE**

I hereby certify that a true and complete copy has been filed via PACER electronic filing system for service as well as emailed to the following on this the 7th day of July 2026:

Marc P. Miles (#39954)
Shook Hardy & Bacon L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Email: mmiles@shb.com
Tel: (949) 475-1500
Fax: (949) 475-0016
*Attorneys for Plaintiff Strictly F/X L.L.C.*

        **/s/Mark T. Freeman**
Mark T. Freeman, Esq.